IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership, | ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:06CV913-MEF |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| RAVEN LEWIS, | ) ) | |
| Defendant. | ) ) ) | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

COME NOW the Plaintiffs and File this Complaint for Copyright Infringement and would show unto the Court the following:

### JURISDICTION AND VENUE

1.     This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101, et seq.).

2.     This Court has jurisdiction under 17 U.S.C. § 101, et seq.; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3.     This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4.     Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.     Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

6.     Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

7.     Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.     Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

9.    Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I

### INFRINGEMENT OF COPYRIGHTS

10.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

11.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings").  The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights.  In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

12.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

13.    Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

14.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

15.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

16.    As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

17.    The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be

compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17

U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from

further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound

recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or
indirectly infringing Plaintiffs' rights under federal or state law in
the Copyrighted Recordings and any sound recording, whether now
in existence or later created, that is owned or controlled by
Plaintiffs (or any parent, subsidiary, or affiliate record label of
Plaintiffs) ("Plaintiffs' Recordings"), including without limitation
by using the Internet or any online media distribution system to
reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to
distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make
any of Plaintiffs' Recordings available for distribution to the
public, except pursuant to a lawful license or with the express
authority of Plaintiffs. Defendant also shall destroy all copies of
Plaintiffs' Recordings that Defendant has downloaded onto any
computer hard drive or server without Plaintiffs' authorization and
shall destroy all copies of those downloaded recordings transferred
onto any physical medium or device in Defendant's possession,
custody, or control."

2.    For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5

5.    For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED:    October 10, 2006

*Kelly F. Pate*

Dorman Walker  (Bar # WAL086)
Kelly F. Pate (Bar # FIT014))
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

ATTORNEYS FOR PLAINTIFFS

EXHIBIT A

# EXHIBIT A

## RAVEN LEWIS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| Virgin Records America, Inc. | Lenny Kravitz | If You Can't Say No | 5 | 261-538 |
| Virgin Records America, Inc. | Lenny Kravitz | I Belong To You | 5 | 261-538 |
| Virgin Records America, Inc. | Lenny Kravitz | Let Love Rule | Let Love Rule | 111-095 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Never Is A Promise | Tidal | 227-923 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| Arista Records LLC | Outkast | ATLiens | Atliens | 233-296 |
| BMG Music | Kenny Chesney | You Had Me From Hello | Everywhere We Go | 263-302 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | If I Ruled the World (Imagine That) | It Was Written | 220-016 |

EXHIBIT B

```
                    lewis, raven-userlog(compressed)-89845365.txt
Log for User at address 67.9.51.130:6346 generated on 9/14/2005 12:26:16 AM EDT
(-0400 GMT)
Total Files: 638
------------------------------
Total Audio Files: 614
Total Video Files: 0
Total Software Files: 0
Total Document Files: 0
------------------------------
Total Matched Files: 13
Total Distinct Matches: 12


FileName: 01-omarion-o_(let_me_hear_u_say)-c4.mp3 (6,329,354 bytes)
FileName: 04-keisha_coles-i_should_have_cheated-c4(2).mp3 (7,821,715 bytes)
FileName: 09 - trick daddy - sugar (gimme some) (feat ludacris & cee-lo) -
pc4urc.mp3 (4,073,969 bytes)
FileName: 09-trick_daddy-sugar_ft _ludacris.mp3 (3,928,064 bytes)
FileName: 12 without you.mp3 (5,280,885 bytes)
FileName: 4 strings-take me away.mp3 (3,050,352 bytes)
FileName: 50 cent - the massacre - just a lil bit (produced by scott storch).mp3
(6,028,773 bytes)
FileName: 50 cent - valentines day massacre - candy shop485.mp3 (5,056,512 bytes)
FileName: 50 cent ft the game - this is how we do.mp3 (5,195,776 bytes)
FileName: akon - lonely.mp3 (5,656,516 bytes)
FileName: attila fias - soundtrack from ghost - unchained melody (piano solo).mp3
(3,490,923 bytes)
FileName: bach - classical relaxation - piano concerto in a minor.mp3 (17,175,234
bytes)
FileName: bach - classical relaxation - piano concerto no 9.mp3 (25,940,877 bytes)
FileName: bach vivaldi - baroque violin d minor.mp3 (10,613,571 bytes)
FileName: beastie boys - licensed to ill - girls.mp3 (2,121,776 bytes)
FileName: beasty boys - brass money.mp3 (1,889,095 bytes)
FileName: beethoven - bethoven - 7th symphony.mp3 (13,711,644 bytes)
FileName: bg - get your shine on.mp3 (5,552,335 bytes)
FileName: big boi feat brooke valentine - dj smallz & tapemasters inc - - girl
fight.mp3 (3,565,578 bytes)
FileName: blow soundtrack - ram jam - black betty.mp3 (3,867,008 bytes)
FileName: brooke valentine feat big boi & lil jon - all my dreams - girl
fight(2).mp3 (4,993,130 bytes)
FileName: casper soundtrack - casper's lullaby.mp3 (5,426,022 bytes)
FileName: cassidy - im a hustler.mp3 (3,442,688 bytes)
FileName: ccr - ccr - born on the bayou.mp3 (5,091,932 bytes)
FileName: ccr - jeremiah was a bullfrog.mp3 (3,184,977 bytes)
FileName: chopin~1 (1).mp3 (4,712,112 bytes)
FileName: classical guitar - beethoven - moonlight sonata guitar.mp3 (5,063,184
bytes)
FileName: classical guitar - flamenco - spanish guitar solo music.mp3 (5,822,464
bytes)
FileName: daddy yankee - gasolina(2).mp3 (3,981,670 bytes)
FileName: daft punk - around the world.mp3 (3,864,032 bytes)
FileName: disney - winnie the pooh - eeyore's lullaby.mp3 (2,756,620 bytes)
FileName: dj irene - please fuck me.mp3 (3,381,120 bytes)
FileName: dj jurgen present alice deejay - best 2000 - better off alone.mp3
(3,467,066 bytes)
FileName: dj paul van dyke - somebody like you.mp3 (7,975,625 bytes)
FileName: dmx - hows it goin down.mp3 (4,535,353 bytes)
FileName: fat joe - all or nothing - so much more.mp3 (4,995,072 bytes)
FileName: genuwine - hot 97 platinum slow jams volu - differences.mp3 (6,440,445
bytes)
FileName: gerald levert, keith sweat, jo - lsg - my side of the bed.mp3 (4,874,785
bytes)
FileName: gigi d'agostino - l'amour toujours - ill fly with you.mp3 (6,682,624
```

                    lewis, raven-userlog(compressed)-89845365.txt
bytes)
FileName: ian van dahl - castles in the sky.mp3 (6,360,651 bytes)
FileName: incubus - drive.mp3 (3,711,082 bytes)
FileName: incubus - talk shows on mute.mp3 (3,683,268 bytes)
FileName: incubus - whatever tomarrow brings.mp3 (1,861,632 bytes)
FileName: inoj - let me love you down.mp3 (4,196,658 bytes)
FileName: jack johnson - lullaby(acoustic).mp3 (1,519,744 bytes)
FileName: jimi hendrix - all along the watchtower.mp3 (3,851,075 bytes)
FileName: jimi hendrix - cocaine.mp3 (2,977,792 bytes)
FileName: jimi hendrix - hey joe - hey joe.mp3 (3,312,326 bytes)
FileName: john legend - get lifted - ordinary people.mp3 (6,766,384 bytes)
FileName: keith sweat - cd single - nobody.mp3 (4,065,163 bytes)
FileName: keith sweat - make it last forever - twisted.mp3 (4,348,491 bytes)
FileName: kill bill - 01 - soundtrack - ''bang bang (my baby shot me down)'' by
nancy sinatra(1).mp3 (4,118,642 bytes)
FileName: lasgo vs ian van dahl - hold me in your arms.mp3 (5,790,164 bytes)
FileName: legend of zelda ocarina of time - zelda's lullaby (orchestrated).mp3
(2,891,028 bytes)
FileName: lifehouse - hanging on by a moment(1).mp3 (864,416 bytes)
FileName: lifehouse - i'm falling even more in love with you.mp3 (3,506,353 bytes)
FileName: lifehouse- somebody else's song.mp3 (4,436,346 bytes)
FileName: lil john feat pastor troy - throw it up.mp3 (8,953,276 bytes)
FileName: lil jon and lil scrappy - crunk and disorderly - what you gonna do.mp3
(7,704,462 bytes)
FileName: lil jon feat pastor troy - lay it down.mp3 (3,613,599 bytes)
FileName: lil scrappy f lil jon - trillville - head bussa.mp3 (5,730,975 bytes)
FileName: lords of acid - 018 - spank my booty.mp3 (3,718,388 bytes)
FileName: lords of acid - boom i fucked your boyfriend.mp3 (4,039,533 bytes)
FileName: lords of acid - show me your pussy(2).mp3 (3,925,388 bytes)
FileName: lsg - my body.mp3 (3,952,768 bytes)
FileName: lucious jackson - naked eye.mp3 (4,522,736 bytes)
FileName: lullabyes - brahm's lullaby.mp3 (1,745,280 bytes)
FileName: maria mena - my lullaby.mp3 (2,683,843 bytes)
FileName: mariah carey & boyz ii men - boys 2 men & mariah carry - one sweet day
1.mp3 (4,527,796 bytes)
FileName: mariah carey - we belong together.mp3 (4,695,611 bytes)
FileName: mike jones ft slim thug paul wall - southern smoke pt 8 (hosted by paul
wall) - still tippin.mp3 (6,291,466 bytes)
FileName: ministry of sound - the annual 2004 - disc 1 - ian van dahl - i can't let
you go.mp3 (3,888,142 bytes)
FileName: movie soundtracks - stepmom - aint no mountain high enough.mp3 (2,904,064
bytes)
FileName: mozart - fur elise.mp3 (3,424,467 bytes)
FileName: napoleon dynamite - just dance.mp3 (5,279,286 bytes)
FileName: nas - streets disciple - just a moment.mp3 (7,431,275 bytes)
FileName: nazareth - black betty.mp3 (3,329,225 bytes)
FileName: nerd (the neptunes) - in search of (retail) - lap dance.mp3 (5,125,190
bytes)
FileName: orgy - candy ass - blue monday.mp3 (4,265,664 bytes)
FileName: pastor troy - we ready i declare war - we ready.mp3 (4,725,393 bytes)
FileName: peaches - the teaches of peaches - fuck the pain away.mp3 (3,881,650
bytes)
FileName: peter tchaikovsky - masters of classical music - swan lake -.mp3
(6,625,280 bytes)
FileName: radiohead - punch drunk love song.mp3 (4,461,970 bytes)
FileName: red - cotton eye (original).mp3 (3,085,084 bytes)
FileName: relaxing- piano- jim brickman- mood music.mp3 (5,400,576 bytes)
FileName: rome - i belong to you.mp3 (5,464,242 bytes)
FileName: sarah mclaughlin - adia.mp3 (3,905,536 bytes)
FileName: sarah mclaughlin, delirium - silence.mp3 (6,286,403 bytes)
FileName: shawn mullins - lullaby rock - lullaby.mp3 (5,273,612 bytes)
FileName: slow jams - soul for real - every little thing i do.mp3 (4,119,960 bytes)
FileName: soundtracks - very bad things - stripper music.mp3 (4,894,020 bytes)
                                    Page 2

```
                    lewis, raven-userlog(compressed)-89845365.txt
FileName: stravinsky- the rite of spring.mp3 (33,375,710 bytes)
FileName: tchaikovsky - arabian dance (the nutcracker suite swan lake.mp3 (3,538,566
bytes)
FileName: techno - aphex twin - kick ass violin solo.mp3 (5,656,659 bytes)
FileName: the cottars - on fire - cape breto lullaby(3).mp3 (3,456,609 bytes)
FileName: the game ft 50 cent - hate it or love it.mp3 (4,010,252 bytes)
FileName: ti - urban legend - you dont know me.mp3 (5,641,657 bytes)
FileName: van morrison & ray charles - an irish lullaby.mp3 (5,226,496 bytes)
FileName: vivaldi, mozart, beethoven, chopin, ravel - dreams of classics - chopin-
nocturne.mp3 (4,497,408 bytes)
FileName: worked up so sexual.mp3 (2,567,105 bytes)
FileName: ying yang twins - wait (the whisper song).mp3 (2,930,688 bytes)
FileName:  Trina - Pull Over That Ass Is Too Fat ( Dirty)(2).mp3 (4,683,326 bytes)
FileName: (Coolie Dance Riddim)Elephant Man_feat_Twista & Young Bloodz - Jook
Gal(Remix).mp3 (6,125,257 bytes)
FileName: (hip_hop)Slow Jams - R Kelly - Bump and Grind Remix(1).mp3 (5,337,088
bytes)
FileName: (Slow Jams) Brian Mcknight Do I ever Cross your mind.mp3 (4,375,990 bytes)
FileName: (Slow Jams)Changing Faces & R Kelly - Stroke You Up(1).mp3 (6,999,064
bytes)
FileName: 01 - Joss Stone - Right To Be Wrong.mp3 (6,746,871 bytes)
FileName: 02 - I Don't Want To Be A Star.mp3 (6,729,016 bytes)
FileName:
03-lenny_kravitz_ft._jay-z-the_storm_(remix)_(prod._by_just_blaze)-c4(1).mp3
(5,342,134 bytes)
FileName: 05 Akon - Ghetto -21st.mp3 (5,648,752 bytes)
FileName: 06-otep-hooks_and_splinters-chr.mp3 (5,922,836 bytes)
FileName: 07-otep-gutter-chr.mp3 (1,114,975 bytes)
FileName: 07-ying_yang_twins_ft_trick_daddy-whats_happening-whoa.mp3 (4,898,990
bytes)
FileName: 08-otep-autopsy_song-chr.mp3 (5,609,069 bytes)
FileName: 08-ying_yang_twins-pink_panther-cms.mp3 (6,043,648 bytes)
FileName: 09-mobb_deep-real_gangstaz_(feat_lil_jon)-qmb.mp3 (5,965,652 bytes)
FileName: 09-otep-suicide_trees-chr.mp3 (8,787,296 bytes)
FileName: 10 Monica - You Should Have Known Better.mp3 (6,145,791 bytes)
FileName: 10-otep-nein-chr.mp3 (6,737,328 bytes)
FileName: 112 - Cupid.mp3 (10,231,808 bytes)
FileName: 112 - Love You Like I Did (slow jams).mp3 (5,174,674 bytes)
FileName: 14-jay-z_feat-beyonce-bonnie_ands_clyde-ama(1).mp3 (4,929,914 bytes)
FileName: 213 - So Fly.mp3 (6,053,454 bytes)
FileName: 213 - The Hard Way - 19 - So Fly.mp3 (5,940,309 bytes)
FileName: 3 Doors Down - Here Without You(1).mp3 (9,570,892 bytes)
FileName: 3 Doors Down - Let Me Go.mp3 (5,751,332 bytes)
FileName: 311 - love song (from 50 first dates).mp3 (6,652,742 bytes)
FileName: 36 Mafia - Ass and Titties.mp3 (3,653,467 bytes)
FileName: 36 Mafia - Sippin On Some Syrup.mp3 (4,564,992 bytes)
FileName: 36 Mafia - Slob On My Knob.mp3 (2,908,440 bytes)
FileName: 504 Boys - I Need A Hot Girl (Big Tymers).mp3 (4,685,952 bytes)
FileName: 504 Boys- I Can Tell You Wanna Fuck.mp3 (3,459,589 bytes)
FileName: 8-Ball & MJG - Don't Make Me Kill.mp3 (5,322,378 bytes)
FileName: a tribe called quest - bonita applebum.mp3 (3,643,847 bytes)
FileName: acoustic - Trapt - Stories.mp3 (4,727,809 bytes)
FileName: Adina Howard - Freak like Me.MP3 (8,587,893 bytes)
FileName: Adina Howard - T Shirt and panties.mp3 (5,804,160 bytes)
FileName: Akon & Styles P - Locked Up(1).mp3 (5,971,908 bytes)
FileName: Akon - Ghetto.mp3 (5,648,752 bytes)
FileName: Al Green & Teddy Pendergrass - Turn Off the Lights (2)(1).mp3 (8,520,727
bytes)
FileName: Al Green - Ain't no sunshine.mp3 (3,578,095 bytes)
FileName: al green - can't take my eyes off you.mp3 (3,254,400 bytes)
FileName: Al Green - Funny How Time Slips Away.mp3 (8,867,840 bytes)
FileName: Al Green - How Can You Mend A Broken Heart.mp3 (15,489,781 bytes)
FileName: Al Green - I'm So Tired Of Being Alone.mp3 (2,757,242 bytes)
                                   Page 3
```

```
                  lewis, raven-userlog(compressed)-89845365.txt
FileName: Al Green - If Loving You is Wrong.mp3 (3,502,080 bytes)
FileName: Al Green - Lets stay together_1.mp3 (5,817,252 bytes)
FileName: Al Green - Look What You've Done for Me.mp3 (7,442,147 bytes)
FileName: Al Green - Love And Happiness.mp3 (4,960,844 bytes)
FileName: Al Green - Unchained Melody.mp3 (5,368,651 bytes)
FileName: Al Green - What Does It Take.mp3 (6,045,113 bytes)
FileName: Al Green-Get Back Baby.mp3 (2,775,857 bytes)
FileName: Al Greene - Sexual Healing.mp3 (6,033,415 bytes)
FileName: Alabama song.mp3 (3,729,408 bytes)
FileName: Alicia Keys - Diary.mp3 (6,873,065 bytes)
FileName: Ani Defranco - The waiting song.mp3 (4,056,756 bytes)
FileName: Ani Defranco - Both Hands.mp3 (2,899,458 bytes)
FileName: Ani Defranco - Out Of Habit.mp3 (2,429,056 bytes)
FileName: Ani Defranco - Shy.mp3 (4,568,805 bytes)
FileName: Ani Defranco- Untouchable Face.MP3 (3,895,299 bytes)
FileName: Ani Difranco Rockabye.mp3 (4,346,240 bytes)
FileName: Ashanti - Baby.mp3 (2,128,752 bytes)
FileName: Ashanti - Only You.mp3 (3,419,067 bytes)
FileName: Audioslave - I am the Highway.mp3 (5,364,467 bytes)
FileName: Avant - Don't Take Your Love Away(1).mp3 (6,713,515 bytes)
FileName: Bad Boys II - 02 - P Diddy Lenny Kravitz Pharel Williams - Show Me Your
Soul.mp3 (7,700,480 bytes)
FileName: Beastie Boys - Brass Monkey.mp3 (2,563,282 bytes)
FileName: Beastie Boys - Ch-Check It Out.mp3 (6,264,918 bytes)
FileName: Beastie Boys - Sabotage.mp3 (7,186,894 bytes)
FileName: Beyonce-Naughty Girl.mp3 (8,355,906 bytes)
FileName: Big & Rich - Save A Horse (Ride A Cowboy) .mp3 (4,861,579 bytes)
FileName: Big Tymers - This Is How We Do It.mp3 (6,237,133 bytes)
FileName: Black Eyed Peas - Hey Mama.mp3 (5,158,836 bytes)
FileName: Blackstreet - Before I let you go(1).mp3 (7,243,776 bytes)
FileName: Blackstreet - I Cant Get You Out Of My Mind.mp3 (4,515,440 bytes)
FileName: Blackstreet - I'll Go Crazy.mp3 (5,076,992 bytes)
FileName: Blaque & Destiny's Child - She Ain't Got The Boom Like I Do (808
remix).mp3 (5,570,688 bytes)
FileName: Blondie - Call1 Me.mp3 (3,431,815 bytes)
FileName: Blondie - One Way Or Another.mp3 (5,171,374 bytes)
FileName: Booty Bass - Shake that ass bitch(1).mp3 (9,603,743 bytes)
FileName: Bow_Wow ft. Ciara - Like You.mp3 (3,307,648 bytes)
FileName: Boxcar Racer - I Feel So.mp3 (5,175,424 bytes)
FileName: Braveheart - Amazing Grace Bagpipes.mp3 (3,012,736 bytes)
FileName: Breaking Benjamin - We're Not Alone Here - 12 - Ordinary Man.mp3
(5,089,408 bytes)
FileName: Britney Spears - I'm A Slave 4 U.mp3 (3,463,168 bytes)
FileName: Busta Rhymes - Dangerous.mp3 (2,629,781 bytes)
FileName: Busta Rhymes - Give It To Me (Ft. Mariah Carey).mp3 (4,635,394 bytes)
FileName: Busta Rhymes- Put All Your Hands Where My Eyes Can See.mp3 (3,151,324
bytes)
FileName: Caviar - Tangerine Speedo.mp3 (7,060,548 bytes)
FileName: Charlie Daniels Band - The Devil Went Down to Georgia.mp3 (3,475,892
bytes)
FileName: Cherry Poppin' Daddies - Jump in Line (Shake Shake Senora).mp3 (3,622,759
bytes)
FileName: Cherry Poppin' Daddies - Master and Slave.mp3 (5,910,528 bytes)
FileName: Cherry Poppin' Daddies - Zoot Suit Riot.mp3 (3,757,538 bytes)
FileName: Christina Aguilera vs. Britney Spears - Dirrty Slave 4 U (DJ Tom E D
Remix).mp3 (22,970,496 bytes)
FileName: Ciara - Goodies - 02 - One, Two Step (Ft. Missy Elliot).mp3 (5,208,759
bytes)
FileName: Ciara ft. Petey Pablo - Goodies(1).mp3 (6,579,133 bytes)
FileName: Cold Play - Careful Where You Stand.mp3 (6,831,922 bytes)
FileName: Cold Play - Clocks.mp3 (4,920,344 bytes)
FileName: Cold Play - Everythings Not Lost.mp3 (10,425,788 bytes)
FileName: Cold Play - Trouble.mp3 (4,336,830 bytes)
                                 Page 4
```

```
                    lewis, raven-userlog(compressed)-89845365.txt
FileName: Coldplay - In my place.mp3 (4,358,233 bytes)
FileName: Coldplay - See You Soon (acoustic).mp3 (2,702,192 bytes)
FileName: Comedy - Funny Songs - Titties And Beer.mp3 (1,212,167 bytes)
FileName: Copy of Evanessence - Everybodys Fool.mp3 (4,701,797 bytes)
FileName: Counting Crows - Pale Blue Eyes, with Fiona Apple.MP3 (6,446,882 bytes)
FileName: Country Hank Williams Jr Country Boy Can Survive .mp3 (4,017,091 bytes)
FileName: Cowboy Junkies - A Common Disaster.mp3 (3,228,220 bytes)
FileName: Craig Morgan - Almost Home.mp3 (4,701,205 bytes)
FileName: Craig Morgan - Every Friday Afternoon(1).mp3 (3,772,084 bytes)
FileName: Craig Morgan-I Love It-03- Look At Us.mp3 (3,744,917 bytes)
FileName: Crazy Frog - Axel f.mp3 (4,038,738 bytes)
FileName: Crime Mobb - Knuck If You Buck.mp3 (5,015,591 bytes)
FileName: Crime Mobb feat Lil Scrappy - Knuck If You Buck 1.mp3 (5,019,175 bytes)
FileName: Crossfade - Cold.mp3 (4,741,833 bytes)
FileName: D.H.T. - Listen To Your Heart (Piano Version).mp3 (4,332,949 bytes)
FileName: D12 - How Come.mp3 (5,982,980 bytes)
FileName: Damaged (Club Mix).mp3 (6,555,648 bytes)
FileName: David Alan Coe - Dear Penis.mp3 (1,818,624 bytes)
FileName: David Allan Coe & Johnny Cash - Homo Truck Drivin Man.mp3 (1,835,008
bytes)
FileName: David Allan Coe - Itty Bitty Titties.mp3 (3,502,080 bytes)
FileName: David Allan Coe - 3 Biggest Lies.mp3 (1,947,481 bytes)
FileName: David Allan Coe - Cum Stains On The Pillow - - 128.mp3 (3,160,192 bytes)
FileName: David Allan Coe - Drink My Wife Away.mp3 (3,408,000 bytes)
FileName: David Allan Coe - Hot Wet Tight Bald Pussy.mp3 (1,292,288 bytes)
FileName: David Allan Coe - Nigger Fucker.MP3 (4,653,056 bytes)
FileName: David Allan Coe - Pussywhipped.mp3 (3,274,336 bytes)
FileName: David Allan Coe - She's Fat, I'm Drunk, It's On.mp3 (3,957,248 bytes)
FileName: David Allan Coe - The Rodeo Song.mp3 (1,857,920 bytes)
FileName: David Allan Coe - Whips & Things (vinyl).mp3 (5,804,024 bytes)
FileName: David Allan Coe - You piss me off, you fucking jerk.mp3 (1,988,597 bytes)
FileName: David Allan Coe 13 Fuckin' in the Butt.mp3 (2,121,555 bytes)
FileName: David Allan Coe- I Just Want To Fuck You One More Time.mp3 (2,989,981
bytes)
FileName: David Allan Coe-Don't bite the dick that fucks ya.mp3 (2,848,478 bytes)
FileName: David Allen Coe - Dear Penis(1).mp3 (1,818,752 bytes)
FileName: David Allen Coe - Dear Penis.mp3 (1,589,376 bytes)
FileName: David Allen Coe - Hot Wet Tight Bald Pussy(1).mp3 (1,291,998 bytes)
FileName: David Allen Coe - Hot Wet Tight Bald Pussy.mp3 (1,292,288 bytes)
FileName: Delerium - Silence.mp3 (3,649,536 bytes)
FileName: DF Dub - Country Girl.mp3 (4,351,124 bytes)
FileName: Diana_Anaid-03-Last_Thing.mp3 (5,222,633 bytes)
FileName: Dirty Vegas - days go by (acoustic version).mp3 (3,795,043 bytes)
FileName: Disney - Somewhere Out There From An American Tale.mp3 (5,696,033 bytes)
FileName: DJ Otzi - Hey Baby (If You'll Be My Girl).mp3 (4,390,747 bytes)
FileName: DJ Smallz - Southern Smoke -
13-don_yute_ft_ying_yang-row_da_boat_(premiere)-mob.mp3 (4,016,631 bytes)
FileName: Drivin N Cryin - I'm Going Straight to Hell.mp3 (5,460,304 bytes)
FileName: Dru Hill - We're Not Makin' Love No More-slow jams(1).mp3 (9,267,200
bytes)
FileName: Dune - Million Miles From Home.mp3 (3,668,827 bytes)
FileName: Eamon - Fuck It (Full Uncensored Version)(1).mp3 (3,597,879 bytes)
FileName: Eightball And MJG - Dont Want No Drama.mp3 (6,258,881 bytes)
FileName: Eminem - Mosh.mp3 (7,649,280 bytes)
FileName: Evanescense - My Immortal.MP3 (5,275,648 bytes)
FileName: Fabolous ft. Ashanti - So Into You.mp3 (8,807,620 bytes)
FileName: Fabulous - Breathe.mp3 (8,347,324 bytes)
FileName: Fat Joe & Terror squad - lean back.mp3 (6,130,093 bytes)
FileName: Fatboy Slim - Kung Fu Fighting (Techno Dance Remix).mp3 (3,446,757 bytes)
FileName: Fefe Dobson - Bye Bye Boyfriend.mp3 (3,922,048 bytes)
FileName: Fefe Dobson - Dont Go .mp3 (4,722,397 bytes)
FileName: Finger Eleven - Finger Eleven -11 - One Thing.mp3 (6,713,344 bytes)
FileName: Fiona Apple - Across the Universe (Pleasantville Soundtrack) x.mp3
```

```
                    lewis, raven-userlog(compressed)-89845365.txt
(4,917,464 bytes)
FileName: Fiona Apple - Angel (MTV Unplugged) .mp3 (4,667,520 bytes)
FileName: Fiona Apple - Never is a Promise.mp3 (5,454,871 bytes)
FileName: Fiona Apple - Parting Gift.mp3 (3,444,736 bytes)
FileName: Fiona Apple - please send me someone to love.mp3 (4,782,652 bytes)
FileName: Fiona Apple - Please, Please, Please.mp3 (4,610,048 bytes)
FileName: FIONA APPLE - UNRELEASED - Use Me (Live).mp3 (4,223,112 bytes)
FileName: Fiona Apple- Not An Addict (Lilith Fair).mp3 (4,844,624 bytes)
FileName: Foo Fighters - Everlong.mp3 (10,129,326 bytes)
FileName: Foo Fighters - Everlong (BEST VERSION!!... ONLY GOOD ACOUSTIC ONE THERE
IS).mp3 (8,037,736 bytes)
FileName: Foo Fighters - Times Like These (acoustic).mp3 (5,706,074 bytes)
FileName: Frankie J - More than Words.mp3 (6,291,584 bytes)
FileName: Franz Ferdinand - take me out.mp3 (6,868,992 bytes)
FileName: Fuel - Falls On Me.mp3 (8,176,277 bytes)
FileName: Fuel - Shimmer (Acoustic).mp3 (3,246,637 bytes)
FileName: Future Leaders Of The World - Let Me Out.mp3 (6,535,168 bytes)
FileName: Gary Allen - The One(2).mp3 (8,353,931 bytes)
FileName: Gary Allen-Right where I need to Be.mp3 (7,319,518 bytes)
FileName: Georgia Peach.mp3 (6,659,806 bytes)
FileName: Gerald Levert, Keith Sweat, Johnny Gill - LSG - 05 - My Body.mp3
(6,447,819 bytes)
FileName: Ghetto Boys - Scarface(1).mp3 (3,067,646 bytes)
FileName: Goo Goo Dolls - Here Is Gone.mp3 (3,836,116 bytes)
FileName: Gorillaz - Clint Eastwood.mp3 (6,489,111 bytes)
FileName: gravediggaz - diary of a madman.mp3 (4,388,404 bytes)
FileName: Green Day - American Idiot - 04 - Boulevard Of Broken Dreams(1).mp3
(8,004,479 bytes)
FileName: Gretchen Wilson - Here For The Party - 03 - When I Think About Cheatin.mp3
(5,945,555 bytes)
FileName: Gretchen Wilson - Homewrecker.mp3 (8,284,160 bytes)
FileName: Guerilla Black ft. Beenie Man - Compton.mp3 (5,296,981 bytes)
FileName: Heart - Magic Man.mp3 (6,579,119 bytes)
FileName: Here Is Gone - The Goo Goo Dolls.mp3 (3,820,939 bytes)
FileName: Hit that bitch with a bottle(1)(1).mp3 (4,003,570 bytes)
FileName: Hoobastank - Crawling In The Dark (Acoustic).mp3 (3,098,752 bytes)
FileName: Hoobastank - The Reason - 15 - Losing My Grip (bonus track).mp3 (9,427,452
bytes)
FileName: Hot Wet Tight Bald Pussy.mp3 (1,290,240 bytes)
FileName: hounds-magic man.mp3 (3,236,700 bytes)
FileName: House music-Techno - Dance.Rave - DJ Kosmonova - Take Me Away (Club
Mix).mp3 (4,143,232 bytes)
FileName: House Of 1000 Corpses - 12 - Pussy Liquor (Rob Zombie).mp3 (7,150,583
bytes)
FileName: Houston feat. I-20, Chingy & Nate Dogg - I Like That.mp3 (5,545,984 bytes)
FileName: I-20 Feat. Ludacris & Bone Crusher - Break Bread.mp3 (7,269,051 bytes)
FileName: Ian Van Dahl - I Cant Let You Go.mp3 (5,464,192 bytes)
FileName: ICP & Twiztid - Slim Anus.mp3 (6,361,216 bytes)
FileName: ICP - Dating Game.mp3 (3,926,774 bytes)
FileName: Incubus - A Crow Left Of The Murder - 04 - Talk Shows On Mute(1)(1).mp3
(5,501,642 bytes)
FileName: Incubus - I Miss You (acoustic)(1).mp3 (6,622,649 bytes)
FileName: indigo girls - Not A Pretty Girl (live with Ani DeFranco).mp3 (4,844,226
bytes)
FileName: Ja Rule And Ashanti - Mesmerized.mp3 (6,692,239 bytes)
FileName: Ja Rule Feat. Ashanti & R. Kelly - Wonderful.mp3 (5,694,746 bytes)
FileName: Jack Johnson - Drink The Water.mp3 (3,221,207 bytes)
FileName: Jack Johnson - On And On - 10 - Tomorrow Morning.mp3 (4,105,824 bytes)
FileName: Jack Johnson - Poor taylor (acoustic).mp3 (3,451,008 bytes)
FileName: Jack Johnson - Times Like These.mp3 (3,421,207 bytes)
FileName: Jack Johnson - Wasting time.mp3 (5,537,920 bytes)
FileName: Jada Kiss - Why.mp3 (5,849,174 bytes)
FileName: Jadakiss Feat. Mariah Carey- You Make Me Wanna.mp3 (7,456,768 bytes)
```

                        lewis, raven-userlog(compressed)-89845365.txt
FileName: Jagged Edge - Walked Outta Heaven.mp3 (5,522,423 bytes)
FileName: Jagged Edge -03- Good bye.mp3 (4,173,824 bytes)
FileName: jay-z & linkin park - encore (numb remix).mp3 (3,254,400 bytes)
FileName: Jayz -Dirt Off Your Shoulders.mp3 (5,888,000 bytes)
FileName: Jeff Bates - Long Slow Kisses .mp3 (3,539,155 bytes)
FileName: Jewel & Tori Amos - Firefly.mp3 (3,670,016 bytes)
FileName: Joe Nichols - If Nobody Believed In You.mp3 (3,797,245 bytes)
FileName: John Denver - Take Me Home Country Roads.mp3 (3,085,460 bytes)
FileName: John Michael Montgomery - Letters From Home.mp3 (8,250,181 bytes)
FileName: Johnny Gill & Coko (from SWV) - Fire & Desire(1).mp3 (5,503,360 bytes)
FileName: Jojo - Leave (Get Out)(2).mp3 (5,455,378 bytes)
FileName: Josh Turner - Long Black Train(2).mp3 (5,734,904 bytes)
FileName: Joss Stone - At last.mp3 (3,641,331 bytes)
FileName: Joss Stone - Fell In Love With A Boy.mp3 (4,377,617 bytes)
FileName: Joss Stone - You Had Me.mp3 (3,853,919 bytes)
FileName: Julie Roberts - Break Down Here - Break Down Here.mp3 (4,944,196 bytes)
FileName: Kanye West - Through The Wire.mp3 (6,224,940 bytes)
FileName: KANYE WEST - WORK IT OUT.mp3 (7,768,503 bytes)
FileName: Keith Sweat - Get Up On It (Featuring Kut Klose).mp3 (4,911,404 bytes)
FileName: Keith Sweat - Make You Sweat.mp3 (5,729,331 bytes)
FileName: Keith Sweat - Nobody(1).mp3 (10,616,960 bytes)
FileName: Keith Urban - Youll think of Me.mp3 (5,890,218 bytes)
FileName: Kelly Clarkson - Break Away.mp3 (3,793,363 bytes)
FileName: Kenny Chesney - There Goes My Life.mp3 (3,946,037 bytes)
FileName: Kenny Chesney - You Had Me From Hello.mp3 (3,658,350 bytes)
FileName: Kevin Little ft sean paul - Turn Me On (Remix).mp3 (4,922,456 bytes)
FileName: Khia - MY NECK MY BACK (DIRTY VERSION).mp3 (4,431,274 bytes)
FileName: Kilo Ali - Love In Ya Mouth.mp3 (3,949,069 bytes)
FileName: Lasgo - Alone (Ian van Dahl Remix).mp3 (7,702,528 bytes)
FileName: Leanne Rimes - But I Do Love You (Coyote Ugly Soundtrack)(1).mp3
(8,081,085 bytes)
FileName: Lenny Kravitz & Mick Jagger - God Gave Me Everything I Want.mp3 (4,871,792
bytes)
FileName: Lenny Kravitz - Again.mp3 (4,190,107 bytes)
FileName: Lenny Kravitz - Again.mp3.mp3 (6,297,268 bytes)
FileName: lenny kravitz - american woman (timbaland remix).mp3 (6,918,272 bytes)
FileName: Lenny Kravitz - Are You Going to Go My Way.mp3 (3,389,317 bytes)
FileName: Lenny Kravitz - Baptism - 03 - Lady.mp3 (7,908,356 bytes)
FileName: Lenny Kravitz - Baptism - 06 - Sistamamalover.mp3 (7,614,826 bytes)
FileName: Lenny Kravitz - Baptism - 11 - Storm (Feat Jay Z) (b).mp3 (5,716,096
bytes)
FileName: Lenny Kravitz - California.mp3 (3,768,448 bytes)
FileName: Lenny Kravitz - Dig In.mp3 (5,343,067 bytes)
FileName: Lenny Kravitz - Fly away.mp3 (8,938,144 bytes)
FileName: Lenny Kravitz - Greatest Hits - 14 - Let Love Rule.mp3 (8,215,074 bytes)
FileName: Lenny Kravitz - I Belong To You.mp3 (4,125,343 bytes)
FileName: Lenny Kravitz - If i could fall in love.mp3 (4,180,096 bytes)
FileName: Lenny Kravitz - If You Can't Say No.mp3 (5,062,427 bytes)
FileName: Lenny Kravitz - It Aint Over Til Its Over.mp3 (5,817,090 bytes)
FileName: Lenny Kravitz - Mr. Cab Driver.mp3 (3,623,040 bytes)
FileName: Lenny Kravitz - My Precious Love.mp3 (5,060,193 bytes)
FileName: Lenny Kravitz - Stillness Of Heart.mp3 (6,139,904 bytes)
FileName: Lenny Kravitz - Supersoulfighter.mp3 (4,783,629 bytes)
FileName: Lenny Kravitz - Where Are We Runnin'.mp3 (3,822,830 bytes)
FileName: Lifehouse - Take Me Away (Acoustic).mp3 (4,729,325 bytes)
FileName: Lil Flip, Bun B, Young Buck - Game Over Remix (CDS) - Game Over
(Remix).mp3 (6,494,546 bytes)
FileName: Lil Jon & The East Side Boyz - Lovers and Friends feat. Usher & Ludacris
(9).mp3 (9,078,912 bytes)
FileName: LIL JON & YING YANG TWINS Get Low(Dirty)(1).mp3 (10,772,378 bytes)
FileName: Lil Jon Feat. Lil Scrappy - What U Gone Do.mp3 (7,703,306 bytes)
FileName: Lil Scrappy & Trillville - Some Cut.mp3 (6,804,274 bytes)
FileName: Lil Wayne - Tha Carter - 02 - Go DJ.mp3 (7,190,037 bytes)
                                    Page 7

```
                        lewis, raven-userlog(compressed)-89845365.txt
FileName: Lil' Flip ft. Lea - Sunshine.mp3 (5,430,854 bytes)
FileName: Lil' Scrappy - No Problems.mp3 (3,431,829 bytes)
FileName: Limp_Bizkit-Behind_Blue_Eyes.mp3 (5,822,464 bytes)
FileName: Linkin Park - Breaking The Habit(1).mp3 (7,848,315 bytes)
FileName: Lisa Loeb and Jewel and Liz Phair- Leaving on a Jet Plane.mp3 (5,613,144
bytes)
FileName: Liz Phair - Divorce Song.mp3 (3,177,586 bytes)
FileName: Liz Phair - Hot White Cum.mp3 (4,266,004 bytes)
FileName: Liz Phair - Whip-Smart - 11 - Jealousy.mp3 (3,471,744 bytes)
FileName: LL Cool J feat. Timberland- Headsprung.mp3 (5,516,493 bytes)
FileName: Lloyd Banks - On Fire.mp3 (4,619,586 bytes)
FileName: Lloyd Banks ft. Ashanti - Southside.mp3 (6,758,746 bytes)
FileName: Lords Of Acid - I'm Fucking Beautiful.mp3 (11,485,606 bytes)
FileName: Lords of Acid - Jack off jill - My Cat.mp3 (4,747,392 bytes)
FileName: Lords Of Acid - Show Me Your Pussy.mp3 (3,920,000 bytes)
FileName: Lords of Acid - Spank My Booty.mp3 (4,660,726 bytes)
FileName: Lostprophets - wake up(Make A Move).mp3 (5,685,375 bytes)
FileName: Lucy Pearl - Dance Tonight.mp3 (5,905,447 bytes)
FileName: Madonna & Lenny Kravitz - Justify My Love (2001 Illicit Mix).mp3
(11,409,408 bytes)
FileName: magic ft. youngbloodz - i smoke, i drink (remix).mp3 (6,820,813 bytes)
FileName: Mannie Fresh - Real Big(1).mp3 (3,754,203 bytes)
FileName: Maria Mena - youre_the_only_one-prs.mp3 (3,955,243 bytes)
FileName: marilyn manson - personal jesus.mp3 (7,313,085 bytes)
FileName: Marilyn Manson - Tainted Love.mp3 (3,183,143 bytes)
FileName: Marilyn Manson- The Beautiful People.mp3 (9,105,625 bytes)
FileName: Mario - Let Me Love You.mp3 (6,323,375 bytes)
FileName: Mario Winnans feat. Enya and P.Diddy-I Don't Want to Know.mp3 (6,213,642
bytes)
FileName: Mario- Let Me Love You(1).mp3 (6,323,247 bytes)
FileName: Maroon 5 - 02 - This Love.mp3 (4,268,703 bytes)
FileName: Maroon Five - Sunday Morning.mp3 (4,021,151 bytes)
FileName: Marroon 5 - This Love.mp3 (3,321,817 bytes)
FileName: Martina McBride - Concrete Angel(1)(1).mp3 (10,123,610 bytes)
FileName: Mase_Breathe, Stretch, Shake (256).mp3 (6,338,532 bytes)
FileName: Merle Haggard - You Never Even Call Me By My Name (Doug Supernaw, Charlie
Pride, David Allan Coe & Waylon Jennings)(1).mp3 (5,888,128 bytes)
FileName: Missy Elliot Feat Jay-Z & Ludacris - One minute Man (1).mp3 (7,985,614
bytes)
FileName: Missy ft. Ludacris and Trina - One Minute Man.mp3 (3,568,927 bytes)
FileName: Mobb Deep - Amerikaz Nightmare - 05 - Real Gangstaz ft Lil
Jon(DIRTY)(1).mp3 (5,568,587 bytes)
FileName: Mobb Deep - Got It Twisted.mp3 (4,723,362 bytes)
FileName: Mobb Deep feat. Lil Jon - Real Gangstaz(2).mp3 (7,276,416 bytes)
FileName: Motorcycle - As The Rush Comes (DJ Tiesto Remix).mp3 (9,676,186 bytes)
FileName: Muse - Time Is Running Out.mp3 (5,675,484 bytes)
FileName: Musiq Soulchild - Just Friends (Sunny) [Masters At Work 12 Inch Mix].mp3
(20,774,673 bytes)
FileName: Musiq Soulchild - Love.mp3 (3,723,850 bytes)
FileName: Nas -One Mic.mp3 (4,442,462 bytes)
FileName: Nas feat. Lauren Hill - If I ruled the World (imagine that).mp3 (3,957,839
bytes)
FileName: Nelly - 09 - Suit - Over and Over (ft. Tim Mcgraw).mp3 (6,218,495 bytes)
FileName: nelly feat kelly rowland - nellyville - dilema.mp3 (5,785,600 bytes)
FileName: Nelly ft. Jaheim - My Place.mp3 (7,205,932 bytes)
FileName: nerd_(the_neptunes)-01-lap_dance-rns.mp3 (3,422,208 bytes)
FileName: Nickleback-Someday.mp3 (5,376,128 bytes)
FileName: Nina Skye - Move Your Body Girl(1)(1).mp3 (3,861,193 bytes)
FileName: Nine Inch Nails - Closer.mp3 (5,968,416 bytes)
FileName: Nine Inch Nails - Hurt.mp3 (6,005,601 bytes)
FileName: Old School Slow Jams - Blackstreet - Dont leave me girl.mp3 (5,080,057
bytes)
FileName: Oldies - Al Green - Always and Forever.mp3 (5,976,448 bytes)
                                    Page 8
```

```
                    lewis, raven-userlog(compressed)-89845365.txt
FileName: Otep - Battle Ready.mp3 (4,188,288 bytes)
FileName: Otep - Blood Pigs.mp3 (3,903,319 bytes)
FileName: otep - future sounds of london.mp3 (3,035,520 bytes)
FileName: otep - God Is A Gun.mp3 (3,522,108 bytes)
FileName: Otep - My confession.mp3 (5,310,311 bytes)
FileName: Otep - T.R.I.C..mp3 (2,973,037 bytes)
FileName: Otep feat.Slipknot - Waterside.mp3 (4,933,760 bytes)
FileName: Otep ~ House Of Secrets ~ 12 ~ Shattered Pieces.mp3 (5,655,172 bytes)
FileName: Otep- Tortured.mp3 (2,315,914 bytes)
FileName: Otep-Possesion.mp3 (3,436,418 bytes)
FileName: Outkast - Hey Ya.mp3 (5,017,269 bytes)
FileName: Outkast - We love dees hoes.mp3 (6,012,423 bytes)
FileName: Outkast- I Like the Way You Move.mp3 (5,669,701 bytes)
FileName: Outkast- Roses.mp3 (8,911,476 bytes)
FileName: Outkast-Speakerboxxx-The_Love_Below-207-andre_3000-prototype.mp3
(7,931,696 bytes)
FileName: paul oakenfold - Mitsubishi Eclipse 2000 commercial.mp3 (3,809,351 bytes)
FileName: Paul Oakenfold - Send Me An Angel (oakenfold extended vocal remix).mp3
(5,458,215 bytes)
FileName: Paul Oakenfold vs Olive - Your Not Alone (Remix).mp3 (9,756,800 bytes)
FileName: Paul Van Dyke - A Magical Moment.mp3 (3,472,232 bytes)
FileName: Paul Van Dyke - Castles In The Sky.mp3 (3,600,384 bytes)
FileName: Paul Van Dyke - Crush.mp3 (11,195,540 bytes)
FileName: Paul Van Dyke - Ministy Of Sound.mp3 (63,932,416 bytes)
FileName: Pearl Jam w-Ben Harper - Another Lonely Day (acoustic).mp3 (9,394,764
bytes)
FileName: Petey Pablo - Vibrate.mp3 (6,117,547 bytes)
FileName: Pinch Me.mp3 (4,476,823 bytes)
FileName: Play-N-Skillz Ft. Krazie Bone - Freaks.mp3 (6,616,556 bytes)
FileName: Plumb - Damaged (Club Mix).mp3 (6,555,648 bytes)
FileName: Plumb - Damaged - (Brokedown Palace Soundtrack).mp3 (4,663,560 bytes)
FileName: Plumb - Stranded.mp3 (3,502,080 bytes)
FileName: Plummet - Damaged (Trance Remix).mp3 (3,875,736 bytes)
FileName: POD - Will You.mp3 (9,384,484 bytes)
FileName: Prince & Lenny Kravitz - Blues Instrumental Live.mp3 (2,326,155 bytes)
FileName: Prince--Pussy Control.mp3 (7,211,294 bytes)
FileName: Prodigy - Smack my bitch up.mp3 (13,817,856 bytes)
FileName: Public Announcement - Body Bumpin.mp3 (4,444,788 bytes)
FileName: Q-TIP FT. BUSTA RHYMES & MISSY ELLIOT - VIVRANT THING (REMIX).MP3
(3,125,882 bytes)
FileName: QB's Finest (Ft. Nas) - Oochie Wally(1).mp3 (9,517,056 bytes)
FileName: R Kelly - Your bodys callin me.mp3 (6,313,569 bytes)
FileName: R. Kelly - 12 Play - 11 - Sex Me (Part 1) Sex Me (Part2)(1).mp3
(11,002,443 bytes)
FileName: R. kelly feat. nas - did you ever think (remix).mp3 (6,385,849 bytes)
FileName: Rap - Lil Wayne - Bling Bling (feat. Big Tymers, Hot Boys).mp3 (10,016,358
bytes)
FileName: Rap-Too Short - Born To Mack - 05 - Freaky Tales.mp3 (23,029,760 bytes)
FileName: Ray-J - One Wish.mp3 (5,714,576 bytes)
FileName: Redneck Woman- Gretchen Wilson(3).mp3 (7,094,232 bytes)
FileName: Reggae - Sean Paul & Sasha - I'm Still In Love With You Boy.mp3 (5,291,489
bytes)
FileName: Rodney Carrington - 12 inch , a dozen roses and a pickup truck.mp3
(3,308,652 bytes)
FileName: Rodney Carrington - Marijuanaville.mp3 (3,851,750 bytes)
FileName: rodney carrington - prison bitch.mp3 (3,803,182 bytes)
FileName: Rodney Carrington - Second Letter To My Penis.mp3 (1,953,920 bytes)
FileName: Rodney Carrington - She Saw Alot Of Dick In Her Day.mp3 (1,179,648 bytes)
FileName: Rodney Carrington - Thank God I'm a Pubic Hair.mp3 (914,864 bytes)
FileName: Rodney Carrington - The Beer Song.mp3 (3,189,128 bytes)
FileName: Saliva - 04 - Survival Of The Sickest.mp3 (3,954,465 bytes)
FileName: Scissor Sisters - 02 - Take Your Mama Out.mp3 (4,373,072 bytes)
FileName: Scissor Sisters - Laura.mp3 (5,285,106 bytes)
```

lewis, raven-userlog(compressed)-89845365.txt
FileName: Seether - Broken (Feat. Amy Lee).mp3 (7,674,810 bytes)
FileName: Seether - Love Her (Acoustic).mp3 (4,012,160 bytes)
FileName: Shaq feat. Trina and Twista - Do It Faster.mp3 (5,910,364 bytes)
FileName: Sheryl Crow - The first cut is the deepest.mp3 (5,427,265 bytes)
FileName: Shinedown - Simple man - RARE Live acoustic cover - WAAF 107.3 -
SHAME(1).mp3 (9,733,120 bytes)
FileName: Shinedown - Simple Man.mp3 (9,810,048 bytes)
FileName: Silk - Freak Me Baby.mp3 (4,421,812 bytes)
FileName: Silk - Loose Control.mp3 (5,051,412 bytes)
FileName: Simple Plan - Perfect(1)(3).mp3 (11,207,662 bytes)
FileName: simple plan - welcome to my life.mp3 (8,071,923 bytes)
FileName: Sir Mix-a-lot - Swass - 01 - Buttermilk Biscuits.mp3 (4,132,857 bytes)
FileName: slim_thug-like_a_boss.mp3 (4,355,516 bytes)
FileName: slipknot - Duality.mp3 (8,407,335 bytes)
FileName: Slow Jams - Azyet - last_night.mp3 (4,285,427 bytes)
FileName: slow jams - Jagged Edge - I Gotta Be.mp3 (3,443,531 bytes)
FileName: slow jams - Love And Basketball - You made a fool of me.mp3 (3,311,232
bytes)
FileName: Slow Jams - Silk -Meeting In My Bedroom(1).mp3 (9,798,303 bytes)
FileName: Slow Jams - Xscape - Who Can I Run To (1).mp3 (3,487,955 bytes)
FileName: slow jams - Xscape - your my little secret.mp3 (4,334,322 bytes)
FileName: Sneaker Pimps + Spin Spin Sugar (techno remix).mp3 (17,490,324 bytes)
FileName: Snoop Dogg ft. Pharrell - Drop It Like Its Hot.mp3 (6,480,168 bytes)
FileName: So Cold - Breaking Benjamin.mp3 (7,231,866 bytes)
FileName: Staind - so far away.mp3 (5,887,250 bytes)
FileName: Story Of The Year - Anthem Of Our Dying Day.mp3 (5,239,046 bytes)
FileName: T.I. - Let's Get Away.mp3 (6,650,914 bytes)
FileName: Tears For Fears - Closest thing to heaven.mp3 (6,488,192 bytes)
FileName: Techno-Fragma - I need a miracle .mp3 (4,298,377 bytes)
FileName: The Alchemist ft Prodigy, Nina Sky & Illa Ghee - Hold You Down.mp3
(6,551,680 bytes)
FileName: The Prodigy - No Good.mp3 (5,317,504 bytes)
FileName: Thornley - So Far So Good(2).mp3 (3,253,850 bytes)
FileName: three days grace - just like you.mp3 (4,524,337 bytes)
FileName: three days grace - let you down.mp3 (5,456,595 bytes)
FileName: Three Doors Down - Love Me When Im Gone(1).mp3 (6,027,683 bytes)
FileName: Ti- BriNg eM OUt.mp3 (5,273,874 bytes)
FileName: Toby Keith - Whiskey Girl.mp3 (5,753,084 bytes)
FileName: Tonic - Mean to Me.mp3 (6,064,157 bytes)
FileName: tony toni tone - slow wine.mp3 (5,782,849 bytes)
FileName: Tool - Salival - 07 - No Quarter.mp3 (16,121,856 bytes)
FileName: Tool - Stinkfist.mp3 (4,964,848 bytes)
FileName: Tori Amos & Sarah McLachlan - Black Dove.mp3 (4,448,523 bytes)
FileName: Tori Amos - Enjoy The Silence.mp3 (1,498,233 bytes)
FileName: Tori Amos - Love Song [The Cure Cover].MP3 (3,421,540 bytes)
FileName: Tori Amos - Only Women Bleed.mp3 (4,503,552 bytes)
FileName: Tori Amos - You Belong To Me (Mona Lisa Smile).mp3 (3,639,296 bytes)
FileName: ToyotaPromo - Sep 07, 2004 21.30.21.mp3 (567,346 bytes)
FileName: Trapt - 03 - Hollowman.mp3 (7,340,211 bytes)
FileName: Trapt - Echo.mp3 (6,667,453 bytes)
FileName: Trapt - Trapt - 11 - New Beginning.mp3 (9,229,043 bytes)
FileName: Trapt - When All Is Said And Done.mp3 (6,227,677 bytes)
FileName: Trapt- These Walls.mp3 (6,099,781 bytes)
FileName: Travis Tritt & Lori Morgan - Helping Me Get Over You.mp3 (3,971,072 bytes)
FileName: Trick Daddy feat. Trina - Nann Nigga.mp3 (8,980,480 bytes)
FileName: Trick Daddy feat. Trina - Shut Up.mp3 (6,283,274 bytes)
FileName: Trina f Trick Daddy - I Dont Need U.mp3 (3,318,748 bytes)
FileName: trina ft tweet - no panties.mp3 (2,260,498 bytes)
FileName: TuPac & Jodeci - How Do You Want It.mp3 (4,588,182 bytes)
FileName: Tweet - Oops Oh My.mp3 (5,679,410 bytes)
FileName: Twista - Kamikaze - 05 - Overnight Celebrity (feat. Kanye West).mp3
(5,610,975 bytes)
FileName: Twista Ft Trey Songz - Girl tonight.mp3 (5,453,824 bytes)

lewis, raven-userlog(compressed)-89845365.txt
FileName: twista ~ slow jams (2).mp3 (3,293,902 bytes)
FileName: Twista,Trick Daddy & Lil Jon - Lets Go (DIRTY).mp3 (3,643,436 bytes)
FileName: Two Live Crew - Me So Horney.mp3 (4,461,519 bytes)
FileName: Tyrese - How You Gonna Act Like That.mp3 (7,120,511 bytes)
FileName: Usher - Burn.mp3 (6,313,867 bytes)
FileName: Usher ft. Alicia Keys - My Boo.mp3 (5,073,024 bytes)
FileName: Usher ft. Lil jon & Ludacris - Lovers and friends.mp3 (5,998,193 bytes)
FileName: Velvet Revolver - Slither.mp3 (5,985,898 bytes)
FileName: Vince Gill - Go Rest High On That Mountain(3).mp3 (5,056,138 bytes)
FileName: Violent Femmes - Blister in the Sun.mp3 (2,312,116 bytes)
FileName: When The Sun Goes Down - Kenny Chesney.mp3 (11,859,975 bytes)
FileName: Xscape - Understanding.mp3 (5,445,532 bytes)
FileName: Yellowcard - Ocean Avenue - 06 - Only One.mp3 (6,180,030 bytes)
FileName: Young Buck, T.I., & Ludacris - Stomp (remix).mp3 (4,589,570 bytes)
FileName: YoungBloodz Feat. Lil Jon - Damn.mp3 (4,800,765 bytes)
FileName:  Al Greene - Here I Am Baby (Come And take Me).mp3 (6,112,944 bytes)
FileName: (Slow Jams)Case - Happily Ever After.mp3 (6,645,979 bytes)
FileName: 01-ruben_studdard-sorry_2004-rns.mp3 (6,274,671 bytes)
FileName: 04-heather_headley_-i_wish_i_wasnt-sc.mp3 (9,084,036 bytes)
FileName: 3 Doors Down - Away From The Sun - 02 - Away From The Sun(1).mp3
(5,630,038 bytes)
FileName: 311 - Amber.mp3 (5,005,748 bytes)
FileName: 50 Cent ft. Lil' Kim - Magic Stick.mp3 (4,643,377 bytes)
FileName: A Perfect Circle - The Outsider.mp3 (5,853,420 bytes)
FileName: adina howard- nasty grind(1).mp3 (6,902,864 bytes)
FileName: Al Green - 11 - I'd Write A Letter.mp3 (5,632,000 bytes)
FileName: Al Green - I Can't Stop - 03 - Rainin In My Heart.mp3 (6,912,755 bytes)
FileName: Al Green - I Can't Stop - 06 - Not Tonight.mp3 (6,418,432 bytes)
FileName: Audioslave - What You Are.mp3 (5,980,062 bytes)
FileName: Beyonce - Dangerously In Love.mp3 (7,049,970 bytes)
FileName: Beyonce -Dangerously in love 2.mp3 (7,036,608 bytes)
FileName: Bob And Tom - My Wife Meet My Girl-Friend (Rodney Carrington).mp3
(1,901,383 bytes)
FileName: Bowling For Soup - The Girl All The Bad Guys Want.mp3 (5,173,827 bytes)
FileName: Breaking Benjamin - Sugarcoat.mp3 (3,501,128 bytes)
FileName: Christina Milan - Dip it low.mp3 (3,313,222 bytes)
FileName: Ciara - Goodies - 10 - And I.mp3 (5,484,722 bytes)
FileName: Deliverance Soundtrack - Dueling Banjos(1).mp3 (6,291,456 bytes)
FileName: Drowning Pool - Let The Bodies Hit The Floor.mp3 (9,133,320 bytes)
FileName: Earshot - Two - 01 - Wait.mp3 (6,471,917 bytes)
FileName: Fefe Dobson - Everything.mp3 (6,049,600 bytes)
FileName: Fefe Dobson - Kiss Me Fool.mp3 (5,771,984 bytes)
FileName: Fuel - Bad Day.mp3 (4,681,228 bytes)
FileName: Fuel - Hemorrhage In My Hands.mp3 (5,772,789 bytes)
FileName: Fuel - Shimmer.mp3 (3,420,586 bytes)
FileName: Gary Allen - Tough Little Boys.mp3 (3,823,577 bytes)
FileName: Good Charlotte - Hold on(1).mp3 (7,041,222 bytes)
FileName: Hoobastank - Reason - 08 - The Reason.mp3 (9,315,352 bytes)
FileName: Hoobastank - To be With You (acoustic).mp3 (5,828,340 bytes)
FileName: ICP - Please Dont Hate Me.mp3 (6,201,320 bytes)
FileName: Ja Rule & Ashanti - Always On Time.mp3 (10,199,040 bytes)
FileName: Jagged Edge - Hard - 08 - Whats It Like.mp3 (6,345,175 bytes)
FileName: Jagged Edge -03- Good bye(1).mp3 (4,374,002 bytes)
FileName: Jay Z- 99 Problems.mp3 (5,634,048 bytes)
FileName: Johnny Gill - Rub You The Right Way(2).mp3 (5,452,337 bytes)
FileName: Juvenile - Slow Motion.mp3 (5,962,649 bytes)
FileName: juvenile and the utp playas-whats up.mp3 (5,623,282 bytes)
FileName: Juvenile,Wacko & Skip - Nolia Clap.mp3 (6,584,379 bytes)
FileName: Lenny Kravitz - 5 - 11 - Little Girl's Eyes.mp3 (7,798,912 bytes)
FileName: Liz Phair - Extraordinary.mp3 (4,953,721 bytes)
FileName: Liz Phair-why cant i breathe.mp3 (5,003,855 bytes)
FileName: Lonestar - 11 - Mr. Mom.mp3 (5,480,865 bytes)
FileName: Ludacris - Chicken And Beer - 02 - Blow It Out.mp3 (5,884,088 bytes)

```
                    lewis, raven-userlog(compressed)-89845365.txt
FileName: Maroon 5 - She Will Be Loved.mp3 (6,762,941 bytes)
FileName: Meant To Live.MP3 (4,949,163 bytes)
FileName: Modest Mouse - 03 - Float On.mp3 (4,204,383 bytes)
FileName: Murphy Lee - Hold Up f-nelly.mp3 (4,184,234 bytes)
FileName: Musiq Soulchild - who Knows.mp3 (7,090,318 bytes)
FileName: Nas - God's Son - 14 - If Heaven Was A Mile Away(1).mp3 (6,757,414 bytes)
FileName: Nelly -Drop Down and Get Your Eagle on Girl!!!.mp3 (3,786,096 bytes)
FileName: old school slow jams - Subway, 702 - This LiL Game We Play.mp3 (4,735,616
bytes)
FileName: Otep - 12 - Jonestown Tea.mp3 (14,099,495 bytes)
FileName: Otep - Emtee.mp3 (3,819,884 bytes)
FileName: Otep - Warhead.mp3 (6,055,634 bytes)
FileName: Otep-Fillthee.mp3 (3,360,034 bytes)
FileName: Outkast - Atliens.mp3 (3,688,131 bytes)
FileName: Papa Roach - Getting Away With Murder.mp3 (5,462,016 bytes)
FileName: Petey Pablo & Lil' Jon - Freek-A-Leek (Dirty).mp3 (5,733,419 bytes)
FileName: Rodney Carrington - Things That Piss Me Off.mp3 (2,276,017 bytes)
FileName: Scissor Sisters - 04 - Mary.mp3 (6,830,072 bytes)
FileName: Scissor Sisters - 14 - Get It Get It.mp3 (6,381,696 bytes)
FileName: Scissor Sisters - Filthy & Gorgeous.mp3 (7,062,111 bytes)
FileName: Shine Down- 45(1).mp3 (5,995,057 bytes)
FileName: Shinedown - All I Ever Wanted.mp3 (6,003,834 bytes)
FileName: Silk - If You.mp3 (5,405,186 bytes)
FileName: Slow Jams - Public Announcement - Sex Is On My Mind(1).mp3 (4,532,224
bytes)
FileName: Slow Jams- Next - Butter Love.mp3 (4,739,299 bytes)
FileName: slow jams-Allure & 112 - All Cried Out.mp3 (4,413,291 bytes)
FileName: slow jams-R kelly-Keep it on the down low.mp3 (4,614,584 bytes)
FileName: Smile Empty Soul - Silhouettes.mp3 (5,620,852 bytes)
FileName: Sugarcult - Memory(1)(1).mp3 (5,427,665 bytes)
FileName: T.I. - Trap Muzik - 06 - Lets Get Away(1).mp3 (6,649,634 bytes)
FileName: Terror Squad - True Story - 05 - Take Me Home.mp3 (5,465,457 bytes)
FileName: Tone Loc - Funky Cold Medina.mp3 (3,994,856 bytes)
FileName: Ying Yang Twins - Halftime.mp3 (3,571,840 bytes)
FileName: Young Buck - Straight Outta Cashville - 08 - Shorty Wanna Ride.mp3
(7,349,506 bytes)
FileName: Plumb - Here With Me.mp3 (3,908,036 bytes)
FileName: Plumb - I Can't Do This.mp3 (3,312,789 bytes)
FileName: Plumb - Send Angels.mp3 (4,936,064 bytes)
FileName: The Killers - Change Your Mind.mp3 (3,057,664 bytes)
FileName: The Killers - Mr Brightside.mp3 (5,468,160 bytes)
FileName: The Killers - All These Things That I've Done.mp3 (8,228,864 bytes)
```