IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CAPITOL RECORDS, INC., A DELAWARE CORPORATION; ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br>RAVEN LEWIS<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **1:06CV913-MEF**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **19th day of October, 2006, at 9:15 AM**, at the address of **526 W FOREST PARK Road, DALEVILLE, Dale County, AL 36322**; this declarant served the above described documents upon **RAVEN LEWIS**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **RAVEN LEWIS, white female, about 30 years old, 5'5", 130 lbs, light brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of _Alabama_ that the statement above is true and correct.

DATED this **22nd day of October, 2006.**

_____
**Mark Flockhart**


ABC's Client Name           ORIGINAL PROOF OF SERVICE           ABC Tracking #: **4189465**
**Holme, Roberts & Owen RIAA
(PFI)**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 10-19-06

Service of Summons and Complaint was made by me [1]

NAME OF SERVER (PRINT) Mark Flockhort     TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

[X] Served personally upon the defendant. Place where served: Raven Lewis, 526 W. Forest Park Rd, Daleville, AL 36322

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 10-19-06
Dated

Signature of Server

ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104

Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.